IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

#16553-074
(Inmate Number)

Mr. Adrian S. Holmes
(Name of Plaintiff)

U.S.P. Lewisburg, P.O. Box 1000, Lewisburg,
(Address of Plaintiff)

PA. 17837

vs.

B. A. Bledsoe, Warden, B. Trate, Captain,

Perrian, S.I.A., Young, A. Warden & Regional Director,

General Counsel
(Names of Defendants)

10-1043
(Case Number)

FILED
SCRANTON

MAY 14 2010

PER _____
DEPUTY CLERK

COMPLAINT
CRUEL AND UNUSUAL PUNISHMENT, UNUSUAL AGGRESSIVE FORCE, STAFF MISCONDUCT, UNPROFESSIONAL, LIFE IN DANGERMENT

TO BE FILED UNDER: _____ 42 U.S.C. § 1983 - STATE OFFICIALS
__X__ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

A. If you have filed any other lawsuits in federal court while a prisoner please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

_____

_____

_____

_____

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?
__X__ Yes _____ No

B. Have you filed a grievance concerning the facts relating to this complaint?
__X__ Yes _____ No

If your answer is no, explain why not The Administrative Refuses To Answer My

Remedies BP-8(s), BP-9, BP-10, BP-11 (I Have Not Heard Anything from EACH Level.

C. Is the grievance process completed? __X__ Yes __X__ No Reasons Above ↑

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item B for the names, positions and places of employment of any additional defendants.)

A. Defendant B. A. Bledsoe, Warden, B. Trate, Captain, Perrian, S. I. A., is employed as Administrative Personnals at U.S.P. Lewisburg - S.M.U. Program

Young, A, warden
2400 Robert F. Miller Drive - Lewisburg 45ici
P.O. Box 2000, Lewisb.,
P.A. 17837

B. Additional defendants Regional Director - Address (Northeast Regional Office, 2nd & Chestnut Streets, U.S. Customs House - 7th Flr, Philadephia, Pa. 19106, General Counsel, Central Office, 320 First St., Northwest, Washington, D.C. 20534

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

1. On March 1, 2010, I was viciously attack by (The Force Team) they Ran my head into the wall busted my (Right Eye) I started bleeding profusely. I was denied medical attention thrown back into the cell in (Restraints). Afterwards they have (KIM MILLBROOK) March 5, 2010 sent one of their workers (INMATE) To attack me - Officers have been telling me that they are going to set me up to get KILL by a Gun. Officers have been setting people

2. up to get hurt & harm here at U.S.P. Lewisburg by forcing them into cells with people that works for them (Officers & Administrative) (worker) i/cl of Mr. Holmes, #16553-074, Fear for my life. If you will look into my central file you will find "Threat" against (Perrian - S.I.A.) he was a Lt. then at Big Sandy I was enemy more because (Officers & Lts) jumped on me & he has the same mentality as of them they are trying to cover up all of their actions against me. (I have Proof)

3. The Warden is the Boss over Everyone, The Captain signs before the (Force Team) arrive, Perrian S.I.A. Is the one Helping to try to run this, the same as Big Sandy & Florence when at Big Sandy the Correctional Officer brought in the knife, Young A. Warden, is also holding me back so that I want advance & is apart of the Set Ups. I Fear For My Life!

2

V.   Relief

(State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.)   REQUESTING: APPOINTMENT OF COUNSEL   see: 28 U.S.C. §1919(e)(1)

1. One is to be life along, Two, is to get from under these people they are bring bodyly harm to (me (AND OTHERS) 3) To be move to another facility because if he (B.d.A. Perrian) can't be on the same compound with me then there must be a reason. Investigate everyone that was on the (Force Team) Stop the beatings & Set Ups of the Inmates at U.S.P. Lewisburg - S.M.U. Program. my right eye needed stitches I was denied medical attention.

2. I want each and every Correctional Office to go by Policy do their jobs and put Safety first Stop setting up individuals. And Judge put a Order for my Safety by 1) Moving me from away to another facility. 2) Grant me 1.2 million (Or whatever You See Fixs Best For The previous actions) To teach U.S.P. Lewisburg - S.M.U. Program Administrators & Correctional Officers a lesson

3. I Fear For My Life that they going to move someone in or force someone in on me to hurt or harm as the (Officers be saying They Are Going To Set Me Up To Get KILL by a Gun)

Help Me My Life Is In Danger (I have Proof The Actions have Taken Place & Reaching Out For Outside Aid) Respect Help Im In Fear of My Life. (These People Want Run Copies of anything To Help Me - They Are Trying To Cover Up Their Bogus Actions)   They are retaliating Against Me

Signed this __Wed.__ day of __April 28, 2010__, 2010.

_Mr. Adrian S. Holmes_
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__April 28, 2010__                    _Mr. Adrian S. Holmes_
(Date)                                (Signature of Plaintiff)

3

For The Clerk Of The Court,

They Refuse to run me copies ! ATTACHMENT OF AFFIDAVITS, BP-9,10,&11 to the Regional Director & General Counsel & outside aid

Mr. Holmes

Stating TRUTH & FACTS To The above

FILED
SCRANTON
MAY 1 4 2010
PER _____
DEPUTY CLERK

## AFFIDAVIT

FOR: U.D.C.

On March 1, 2010, I was brutally Attack by the (Force Team) bleeding profusely, I was denied medical treatment; I was place inside of Restraints placed back into the cell without treatment (Because The Force Team Use Unnessairy Force On Me/Mr. HOLMES, #16553-074, I was place Into restraints From March 1st until March 5, 2010, Friday) - History: On March 1, 2010, My Cellie Mr. Jerome Brown - (Last 3-Numbers -062) from Oaklahoma was requesting to be move to another cell he had filled out a (COP-OUT) at Lunch he withheld his trays, Because They (Officers) were not acknowledging his request Form (Cop-Out) and MR. Bown, Repeatly announce and stated "My Cellie Has Nothing To Do With This" - So, Why Did the (Force Team) attack with aggressive Force?, Why did the (Force Team) Busted my eye with Unnessairy Force?, Why did the (Force Why was I denied Medical attention when My eye was bleeding profusely? Mr. Jermone Brown-062 will be my witness that the Incident-Report is False against Me.

Respectfully
Submitted,
Mr. Adrian Holmes
#16553-074

Name: Mr. Adrian S. Holmes

Date: March 7, 2010

Copy

TO: General Counsel          BP22
    Sensitive Issue

<u>There Is A Civic Matter At Hand</u>

I, Mr. Holmes, Has filled-out BP-8(s), BP-9(s) & 10(s) with numerous <u>Affidavits</u> and no one will respond, because they covering up "Abuse Of Authority, Unnecessary Aggressive Force"- Here comes Mr. Holmes, #16553-074, at U.S.P. Lewisburg PA., S.M.U. Program - On March 1, 2010 (Which You Should Have Been On Notice from The Regional Director Reviewed and shown the Tape/CD By Now) - On the above date I, Mr. Holmes was viciously attack by the (Force Team) History Of That: On March 1, 2010, My cellie Mr. Jermone Brown last three numbers - 062 from Oakahoma was trying to move to another cell he had filled out a (Cop-Out) as Requested, At lunch he held the trays and I gave my trays up and he repeatly told every officer And I quote "My Cellie Has Nothing to Do With This") He/We both cuffed up when asked to (The Force Team) grabbed me RAN my head into the wall busted my right eye, I started bleeding profusely I have been then & now denied medical attention <u>NO</u> photos were ever taken, I was place back into the cell of D-Block cell 202 still Bleeding bad as a hog with no medical attention with Mr. Jermone Brown (55661/05 Ambutory Restraints - Say Specifly - <u>**NOT FOR PUNISHMENT**</u>) And they put us in (Restraints) So, that he will not move Then 3 days later they took him out <s>RES</s>traints and move him, I wasn't release out of Restraints until March 5, 2010, I ask for photographs of the bruise marks & whips on my wrist and around my stomach from the hand cuffed & chains; -<u>YOU</u> General Counsel <u>**MUST**</u> have been notified by the Regional Director & shown the video/CD of the incident (They Are Trying To Cover It Up) - But if I had done anything wrong they would be happy to give me everything & anything I wanted or Need - I want a full Investigation - The cut On My Eye Require stitches and my vision have been bothering Me, My Arm Is In A Continucious numbness.

          You Have 45 days to Respond

       Everything I have written Is The HOLY TRUTH

TO: Regional Director / sensitive issue

**Attention !!!**

There's a civil matter at hand

Here Comes Mr. Holmes, #16553-074, At U.S.P. Lewisburg, PA. - S.M.U. Program - On March 1, 2010, (Which You Should have Reviewed the Tape/CD by now) - On the above date I, Mr. Holmes, was viciously attack by the (Force-Team) History Of That: On March 1, 2010, My cellie Mr. Jermone Brown - Last three numbers 062 from Oakhahoma was trying to move to another cell he had filled out a (COP-OUT) as request by Lunch he held the trays and I gave my trays up and he repeatly told everyone and I quote "MY Cellie Has Nothing To Do With This" We both cuffed up when asked (The Force Team) grabbed me RAN my head into the wall busted my Right Eye, I started bleeding profusely I have been & then was denied medical attention NO photos were ever taken I was place back into the cell of D-Block cell 202 still Bleeding bad as a hog with no medical attention with Mr. Jermone Brown in restraints (5566.05A butory Restraints - Say speicifly - Not For Punishment) and they put us in the cell so that he won't move, then 3 days later they took him out of Restraints and move him, I wasn't release out of restraints until March 5, 2010, I ask for photo graph of the bruise marks & whips on my wrist and around my stomach from the hand-cuff & chains You, Regional Director MUST have been shown the video/CD of the incident (They Are trying to cover it Up) - But if I had done any- thing wrong they would be happy to give me everything and anything I wanted - or - Need. - I want a full investigation - The cut on my eye require stitches and my vision have been bothers me, My arm is on continuous numbness

You have 20 days To Respond

Respectfully Submitted,

Mr. Holmes
#16553-074

copy

## Affidavit

TO: Mr. Young/A. Warden,                                From: Mr. HOLMES #16553-074

On March 1, 2010 - Monday - I, Mr. HOLMES, #16553-074 was/has been viciously by the (FORCE-TEAM) attack busted right side eye blood was everywhere!!!, I was Refuse Medical attention place back inside of cell D-Block-202 along with Inmate Brown (Last No. #062 From OAKlahoma) in retraints because Mr. Brown want to move to another cell he filled out a (Cop-Out) for the request. (I was put in restraints for us to remain cellies - **PUNISH**- Treatment) I have a continuous numbness in my arm My vision bothers me I have to lay down now for the pain to subdue, I have bruises from 5 days In the restraints on my wrist & around my stomach (I ask to be photograph of the bruises - The Action **NO**)  I'm asking for you to review the video camera, TAKE ACTION In A Full Investigation, I need copy whom done the (FORCE TEAM) each & every Individual.

Got out of Restraints March 5, 2010

Thanks

Respectfully Submitted,

Mr. Holmes
#16553-074

copy

D-202

gave TO PA/Nurse Mr. Walts -or- WALLS on March 6, 2010

Friday March 5, 2010

To: Medical

From: Mr. Holmes
#16553-074

I need _immediately_ Medical attention. On March 1, 2010 I was brutally attacked by the (Force Team) and the (Force Team) busted my eye on the door with aggressive force. I'm having problems seeing out of my eye: my vision. As I have been saying everyday since the attack while I was in (Restraints) I was just letting out today Friday March 5, 2010 approx 13:45 p.m.

I Need Immediately Medical attention

Max Holmes
#16553-074

D-202

## Affidavit

TO:x Mrsx Rear/Ax Warden                     From:x Mrx HOLMES
                                              #16553-074

On March 1, 2010, I, Mrx HOLMES was visiously attack by the (Force Team) they/(Force Team) busted my right eye on the door/wall I was refuse medical attention I was bleeding profusely I was just placed Into restraints then place back into D-Block cell 202 alone with Mrx Jerome Brown Last three Number 062 from Oaklahoma - all of this were because Brown filled out a (COP-OUT) and wanted to be move to another cell I had nothing to with nothing I gave up my tray - My eye need stitches and I was denied medical treatment I was release out of restraints March 5, 2010

You Are Over
Medical

                                              Respectfully

                                              Mrx Holmes


                                              Name: Mrx Adrian Sr Holmes
                                              DATE: March 8, 2010

## Affidavit

On May 10, 2010, S*I*S* Had made a list for E-UNIT for me to go into a cell with (Jenkins) And they know that, that will not work because there or some Issue Lt. Coponsee, ask did I plan to fight the Team (Force Team) I am handcuffed how will I possible fight a Force Team -or- Anyone Then he ask me was I threating him because he knows that it is in my Central file I told him & I qaote "No I AM NOT THEATING ANYONE, I Am Not Going Into that cell 107 with that genal ment and I am not fighting No Team" I was then place back Into my cell 205 (I was coming In from Rec.)

My Life Is In Danger Here At Lewisburg
I was not In a violant nature or anything the Officers & Administrative Is Out To Get Me

(I AM filling Out A BP-8 Now)

I am in full sole soul body & Mind

NAME: Mr. Adrian S. Holmes

DATE: May 10, 2010

